KIRCHNER (EDWARD), Respondent, vs. FAIRMONT ICE CREAM COMPANY and another, Appellants.

For the appellants: *Bouck, Hilton & Dempsey* of Oshkosh.

For the respondent: *J. E. O'Brien* of Fond du Lac, and *William J. Geenen* of Appleton.

*By the Court.*—Judgment affirmed.

HOPE and others, Appellants, vs. DEERFIELD AUTO SALES COMPANY and others, Respondents.

For the appellants: *Doar & Knowles* of New Richmond.

For the respondents: *Nelton & McGinnis* of Balsam Lake, attorneys, and *Fisher, Cashin & Reinholdt* of Stevens Point of counsel.

*By the Court.*—Judgment affirmed.

HAROLDSON, Appellant, vs. BERGE and another, Respondents.

For the appellant: *Tom L. Yates* of Amery.

For the respondents: *Nelton & McGinnis* of Balsam Lake, attorneys, and *Fisher, Cashin & Reinholdt* of Stevens Point of counsel.

*By the Court.*—Judgment affirmed.